ORIGINAL

(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

05 - 142

Smith, Paul J.
_____
(Enter above the full name of the plaintiff in this action)

V.

Reginal, Medical First
Correctional
And Unknown Staff
_____
(Enter above the full name of the defendant(s) in this action

FILED

MAR 10 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [ ]   NO [X]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit   Paul J. Smith

   Plaintiffs _____

   _____

   Defendants Reginal Medical First
   Correctional

2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit 10-20-2004

7. Approximate date of disposition N/A

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

1. What steps did you take? Medical Grievance's

2. What was the result? N/A

D. If your answer is NO, explain why not N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [X] No [ ]

F. If your answer is YES,

1. What steps did you take? Talked with Counselor Mrs. Johnson

2. What was the result? Medical Grievance

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  Paul J. Smith
    Address  162 Hampton Drive Dover, DE 19904

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.  Defendant  Angela Wilson  is employed as  Manager DCC"  at  Delaware Correctional Center

C.  Additional Defendants  Unknown Medical Doctor's and Nurse's Staff, Department of Correction's

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I was placed in the infirmary, received unknown medication's, become unconscience, fell backwards cutting the back of my head open, I could not stand or walk, taken by wheel chair

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Help me receive medical care for my neck, upper, lower back and head injuries, and I ask for pain and suffering of $3.9 Million Dollars

Signed this 25 day of 2/05                 19___

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

2/25/2005                                          _____
Date                                                   (Signature of Plaintiff)

-4-