IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
PAUL J. SMITH,                        )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )  Civ. No. 05-142-GMS
                                      )
REGINAL MEDICAL FIRST                 )
CORRECTIONAL, ANGELA WILSON,          )
UNKNOWN MEDICAL DOCTORS AND           )
NURSES STAFF, and DEPARTMENT          )
OF CORRECTION,                        )
                                      )
        Defendants.                   )
```

FILED
APR 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Paul J. Smith, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $11.15 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _April 19_, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _04/21_, 2005

_Paul Smith_
Paul J. Smith

I/M: Paul T. Smith BLDG: MAXSCU
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.370
APR 27 05
19947

J.S.M.S. X-RAY

Office of the Clerk
United State District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801