Dear Sir,

05-139; 05-142   8-18-05
(GMS)

I am writing to you in concerne of my civil action Case I have filed to you, I mined placed my case #, along with my Judge that is assigned to my case. So could you please let me know the Status of my case where we stand aginst the Department of Corrections in Smyrna. also aginst First Correction Medical, So would you please let me know where I Stand on the above mention Case. and plase mail me a Civil Docket Sheet Showing me everything we both have on docket.

Thank You Very Much
For Your time & Concerne

Paul Smith
PAUL J. Smith
8-18-05
SBI# 142003

FILED
AUG 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: Paul Smith   BLDG: SCU A Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500                 SBI# 142003
GEORGETOWN, DELAWARE  19947

Office of the clerk
United States District Court
District of Delaware
LockBox 18, 844 King St., US Courthouse
Wilmington, Delaware
19801