OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 25, 2005

TO: Paul J. Smith
SBI #142003
SCI
P.O. Box 500
Georgetown, DE 19947

*RE:* **Status Letter; 05-142(GMS)**

Dear Mr. Smith:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Gregory M. Sleet, and is pending before the Court. You will be advised by the Court as to further developments in your case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet
enc. Docket Sheet