IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL J. SMITH, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|     v. | ) Civ. No. 05-142-GMS |
| | ) |
| REGIONAL MEDICAL FIRST | ) |
| CORRECTIONAL,  ANGELA | ) |
| WILSON, UNKNOWN | ) |
| DEPARTMENT OF | ) |
| CORRECTION MEDICAL | ) |
| DOCTORS, and UNKNOWN | ) |
| DEPARTMENT OF | ) |
| CORRECTION NURSES STAFF, | ) |
| | ) |
|         Defendants. | ) |

**O R D E R**

At Wilmington this _31st_ day of March, 2006, the plaintiff having satisfied the filing

prerequisites of 28 U.S.C. § 1915A; and the court having identified cognizable claims within the

meaning of 28 U.S.C. § 1915A(b);

IT IS ORDERED that:

1.      The clerk of the court shall cause a copy of this order to be mailed to the plaintiff.

2.      Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall complete and

return to the clerk of the court an **original** "U.S. Marshal-285" form for **defendants First**

**Correctional Medical** (named as Regional, Medical First Correctional) **and Angela Wilson,**   as

well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET,

WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(C).

**Additionally, the plaintiff shall provide the court with one copy of the complaint (D.I. 2) for**

service upon each defendant.  The plaintiff is notified that the United States Marshal will
not serve the complaint until all "U.S. Marshal 285" forms have been received by the clerk
of the court.  Failure to provide the "U.S. Marshal 285" forms for the defendant(s) and the
attorney general within 120 days from the date of this order may result in the complaint
being dismissed or defendant(s) being dismissed pursuant to Federal Rule of Civil
Procedure 4(m).

       3.      Upon receipt of the form(s) required by paragraph 2 above, the United States
Marshal shall forthwith serve a copy of the complaint (D.I. 2),  this order, a "Notice of Lawsuit"
form, the filing fee order(s), and a "Return of Waiver" form upon the defendant(s) identified in
the 285 forms.

       4.      Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of
Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been
received from a defendant, the United States Marshal shall personally serve said defendant(s)
pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related
to such service, unless good cause is shown for failure to sign and return the waiver.

       5.      Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with
process timely returns a waiver as requested, is required to answer or otherwise respond to the
complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice
of Lawsuit" form, and the "Return of Waiver" form are sent.  If a defendant responds by way of a
motion, said motion shall be accompanied by a brief or a memorandum of points and authorities
and any supporting affidavits.

       6.      No communication, including pleadings, briefs, statement of position, etc., will be

considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

7. **NOTE:** \*\*\* When an amended complaint is filed prior to service, the court will **VACATE** all previous service orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). \*\*\*

8. **NOTE:** \*\*\* Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. \*\*\*

UNITED STATES DISTRICT JUDGE

3