OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

I DO NOT HAVE A COPY OF THE COMPLAINT TO MAKE COPIE'S FOR THE DEFENDANTS, COULD THE COURT SEND ME HERE AT SUSSEX CORRECTIONAL INST, WHERE I CAN MAKE COPIE'S TO SEND TOO DEFENDANTS,

Paul Smith
4-7-06

FILED
APR 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bp scanned

Paul Smith MSB-SCU
I/M: Paul Smith BLDG.
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
S.B.I. 142003


U.S.M.S. X-RAY

Office Of the Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570