In the United States District Court
In And For The District of Delaware

Paul J. Smith )
V. ) Civil Action No. #1:05-CV-00142-GMS
State of Delaware )
 )  Date 4-11-2006
 )
 )

Motion for Appointment of Counsel

Before The Honorable Gregory M. Sleet

I Paul Julain Smith, SBI#142003, Would Like for the United States District Court, To Appoint me Counsel.

#1. I Do-Not Know Anything About A Civil Case.

#2. I Do-Not Have Any Monies to Hire A Lawyer

#3. I Need Representation As Soon As Possible.

FILED
APR 13 2006

In the United States District Court
In And For The District of Delaware

Paul J. Smith )
 )
v. ) Civil Action No. # 1:05-CV-00142-GMS
 )
State Of Delaware )
 )
 )

## Certificate Of Service

Comes Now, Paul J. Smith, by and through himself without assistance of legal counsel and states that on the date of April 11, —, 2006 I placed a copy of "Motion to Appoint Counsel" in the United States Mail here at Sussex Correctional Institution, addressed to:

Honorable Gregory M. Sleet
℅ United States District Court
844 King St., Lockbox 18
Wilm., DE  19801-3570

Dated: 4-11,—, 2006

Respectfully
*Paul Smith*
Paul J. Smith
℅ S.C.I. / MSB-SCU