IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civ. No. 05-142-GMS | |
| | ) | |
| REGIONAL MEDICAL FIRST | ) | |
| CORRECTIONAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 16 day of May, 2006;

Plaintiff Paul J. Smith ("Smith"), an inmate at the Sussex Correctional Institute, filed this civil rights action pursuant to 42 U.S.C. § 1983. He appears *pro se* and on April 20, 2006, was granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915. (D.I. 3.)

Now before the court is Smith's motion for appointment of counsel. (D.I. 10.) Smith was advised by this court in its March 31, 2006, order that motions for appointment of counsel filed prior to service would be dismissed without prejudice with leave to refile following service. (D.I. 7.) To date, service has not been effected upon the defendants. Accordingly, the motion is premature.

THEREFORE, IT IS ORDERED that Smith's motion for appointment of counsel (D.I. 10) is DENIED without prejudice with leave to refile following service.

UNITED STATES DISTRICT JUDGE