UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **PAUL J. SMITH** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**REGIONAL MEDICAL FIRST** )<br>**CORRECTIONAL, et al.,** )<br>)<br>**Defendants** ) | C.A. No. 05-142 GMS<br><br>JURY OF TWELVE DEMANDED |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana Spring Monzo, Esquire, as attorneys for defendant, *First Correctional Medical*, in the above-referenced action.

This entry of appearance in no way waives any defenses defendant may have with respect to jurisdiction, venue, process, or service of process.

 

**MCCULLOUGH & MCKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo, Del. Bar # 4605
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
Wilmington, DE 19899-0397
(302) 655-6749
*Attorneys for Defendant First Correctional Medical*

Dated: September 18, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PAUL J. SMITH** | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-142 GMS |
| | ) | |
| v. | ) | JURY OF TWELVE DEMANDED |
| | ) | |
| **REGIONAL MEDICAL FIRST CORRECTIONAL, et al.,** | ) ) | |
| | ) | |
| **Defendants** | ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on this date, an **Entry of Appearance** was served, via first class mail, upon the following:

Paul J. Smith, Pro se
1416 Cowmarsh Creek Road
Camden, DE 19934


/s/ Dana Spring Monzo
Dana Spring Monzo, Del. Bar # 4605

Dated: September 18, 2006