IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL J. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-142-GMS |
| ) | |
| REGIONAL MEDICAL FIRST ) | |
| CORRECTIONAL, MANAGER DCC ) | |
| ANGELA WILSON, UNKNOWN ) | |
| MEDICAL DOCTORS, and NURSE'S ) | |
| STAFF, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, Paul J. Smith ("Smith"), was a prisoner incarcerated at the Sussex Correctional Institute ("SCI"), Georgetown, Delaware, at the time he filed this 42 U.S.C. § 1983 lawsuit, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on April 20, 2005, the court entered an order and granted Smith leave to proceed *in forma pauperis*, assessing a filing fee of $250, requiring Smith to pay an initial partial filing fee of $11.15 (D.I. 3);

WHEREAS, in Civ. No. 05-139-GMS, the court received correspondence from Smith dated August 23, 2006, that indicated he had been released from prison and that provided the court with his home address upon release;

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. *Robbins v. Switzer*, 104 F.3d 895, 899 (7th Cir. 1997); *see also Drayer v. Attorney General*, Nos. 03-2517, 03-2518, 81 Fed.Appx. 429 (3d. Cir. 2003).

THEREFORE, at Wilmington this 29th day of September, 2006, IT IS HEREBY ORDERED that within thirty days from the date of this order, Smith shall either pay the filing fee owed ($250.00) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so that the court may determine whether he is still eligible to proceed *in forma pauperis*.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

UNITED STATES DISTRICT JUDGE

FILED
SEP 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE