10-11-06

Dear, Honorable Gregory M. Sleet

Related Case 1:05-CV-00139-GMS

I Paul J. Smith 142003, am writing about Case# 06-431-GMS, 05-142-GMS, and Civ. No. 06-432-GMS.

As of this time, I Paul J. Smith, am unable to make any payments. I am on Social Security Disability and I have not yet received any monies as of Aug 20, 06 until now 10-11-06. I would like to submit a new standard form application to proceed without prepayment of fees and affidavit so that the court may determine whether he is still eligible to proceed in forma pauperis.

Sincerely Yours

Paul Smith

10-11-06
7-15-1958
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
1416 Cow Marsh Road
Camden DE 19934
#302-___-____


FILED
OCT 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

>                                 Office of Central Operations
>                                 1500 Woodlawn Drive
>                                 Baltimore, Maryland 21241-1500
>                                 Date: September 7, 2006
>                                 Claim Number: 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HA

0831 T2R M04,PC7,I,BA,T112,        000029915 01 MB   0.326
PAUL J SMITH
1416 COWMARSH CRK RD
CAMDEN DE 19934-2930

Based on the information we have, we can pay benefits beginning September 2006.

We are withholding all of your monthly benefits beginning September 2006 to recover an overpayment.

### What We Will Pay And When

- You will receive $51.00 for October 2006 around November 3, 2006.

- After that you will receive $503.00 on or about the third of each month.

### If You Disagree With The Decision

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

See Next Page

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HA                                                                                               Page 2 of 2

### If You Want Help With Your Appeal

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your Social Security office has a list of groups that can help you with your appeal. If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it.

### If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-302-674-5162. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> SUITE 100
> 500 W. LOOCKERMAN ST.
> DOVER, DE 19904

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Carolyn L. Simmons
Associate Commissioner for
Central Operations

Mr. Paul Smith
1416 Lews Marsh RD
Willowgrove Camden
DE 19934

WILMINGTON DE 197
12 OCT 2006 PM 1 T

Office of the Clerk
United States District Court
844 N King St Lockbox 18
Wilmington DE 19801-3570