In the United States District Court
for The District of Delaware

Paul J. Smith

     Plaintiff,  C.A. No. 05-142 GMS

V.          Jury of Twelve Demanded

Regional Medical First
Correctional, et al.,

     Defendants

Motion for Appointment of Counsel

I Paul J. Smith SBI No. 143003, comes forth with this Motion asking the Court to appoint me Counsel, one that gives advice in law and manages cases for clients in Court. Thank you for your time, concern and Consideration.

        Sincerely Yours

        Paul Smith
        05-14-07
        1416 Cowmarsh Creek Road
        Camden, Delaware 19934
        302-492-1132

FILED MAY 17 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## Certification of Service

I PAUL J. Smith 148003, DID SEND A TRUE COPY of this Motion to the COURT, And Defendants Attorneys on this Date 05-14-07

Paul Smith
05-14-07
C.A. No. 05-142 GMS



Mr. Paul J. Smith 149003
1416 Cowmarsh Creek Road
Camden, Delaware 19934

United States District Court
for the District of Delaware
844 N. King Street LockerBox 18
Wilmington, Delaware 19801

Att. Clerk of Court