## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-142 GMS |
| | ) | |
| v. | ) | JURY OF TWELVE DEMANDED |
| | ) | |
| REGIONAL MEDICAL FIRST | ) | |
| CORRECTIONAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

### SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendant First

Correctional Medical.


McCULLOUGH & McKENTY, P.A.          McCULLOUGH & McKENTY, P.A.


/s/ Dana Spring Monzo                         /s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*        Daniel L. McKenty, *DE Bar No. 2689*
 Legal Arts Building                          Legal Arts Building
1225 King Street, Suite 1100                1225 King Street, Suite 1100
P.O. Box 397                                P.O. Box 397
Wilmington, DE 19899-0397                   Wilmington, DE 19899-0397
302-655-6749                                302-655-6749
Attorney for Defendant                      Attorney for Defendant
First Correctional Medical                  First Correctional Medical


Dated: June 13, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-142 GMS |
| | ) | |
| v. | ) | JURY OF TWELVE DEMANDED |
| | ) | |
| REGIONAL MEDICAL FIRST | ) | |
| CORRECTIONAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individual via first class mail:

Paul J. Smith, Pro se
1416 Cowmarsh Creek Road
Camden, DE 19934

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 13, 2007