07 - 476

07-20-07

Clerk of Court,

I Paul J, Smith 148003, Am now incarcerated at the Delaware Correctional Center, Near Smyrna, Delaware 19977 My new Address is 1181 Paddock Road, Smyrna, Delaware 19977,

I am also writting concerning Case Number 1:06-CV-431 (GMS) Case Number 1:06-CV-432 (GMS) and Case Number C.A. No. 05-142 (GMS).

I would like to know the conditions of these cases,

If you can look into these cases and tell me the status of these cases it will be greatly appreciated, Thank you for your time concern, and consideration, into this matter,

Sincerely Yours

P.S.

If These Cases are Closed I would like to Re-open These Cases,

FILED
JUL. 27 2007
RGScm
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
07- 476

07-20-07
W-Building
I:04

Paul J Smith 148003
Delaware Correctional C
1181 Paddock Road
Smyrna, Delaware
19977

07-20-07

I/M Paul Smith

SBI# 00148003 UNIT W-I-24

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

ATT. Legal Mail

Clerk of Court

U.S. District Court

Lockbox 18

844 N. King Street

Wilmington Delaware

19801

UNITED STATES POSTAGE

PITNEY BOWES

$ 01.48°

02 1A
0004608975        JUL 23 2007

MAILED FROM ZIP CODE 19977

D.C.M.S.
X-RAY