CASE 1:05-CV-00142-GMS    DOCUMENT 24    Filed 9/26/2007 Page 1 of 8

In the United States District Court
for the District of Delaware

Paul J. Smith
    Plaintiff,

v.

Regional Medical First
Correctional, Manager DCC
Angela Wilson, Unknown
Medical Doctors, and Nurses
Staff,

Civ. Action No. 05-142-GMS

Date Sept. 27th 2007

**RECEIVED OCT - 2 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

Motion to file Response to Memorandum

Pending before the Court is the Motion to Dismiss the Complaint of the defendant, First Correctional Medical ("FCM"),

The Plaintiff, Paul J. Smith, doesn't have any knowledge of receiving any notice filed by the defendant of a Motion to dismiss, Otherwise, I the Plaintiff, would have filed a response towards defendant(s) Motion to dismiss, besides there is no sufficiency grounds by Defendant for a dismissal, I am Ready to discuss any matter(s) of Compensatory Damage(s) or other(s) mean(s), towards Resolving this Action pursuant to 42 U.S.C. § 1983,

(1)

Page 1 to 2

The defendant must accept all factual allegations in my complaint as true and take them in light most favorable to plaintiff.

And I feel the defendant motion to dismiss is to test sufficiency of a complaint not to resolve disputed facts or decide the merits of the case.

However, motion for a dismissal should not be granted, It appears beyond doubt that the plaintiff can prove set facts in support of his claim which will entitle him to relief.

Sincerely

Paul Smith 142003
Sept. 27th 2007
W-Building I-24
Top Bunk

(2)

Certification of Service

I Paul J. Smith here by sworn to the truth that this is a true copy of said motion to file response to defendant Memorandum,

As of this Date Sept. 27th 2007

Paul Smith 142003
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977



Paul J Smith Sr
SBI# 140003  UNIT W-I-34
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

WILMINGTON DE 197
01 OCT 2007 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

U.S.M.S
X-RAY