IN THE UNITED STATES DISTRICT COURT
for The District of Delaware

Paul J. Smith, Plaintiff
V.
Regional Medical First
Correctional, Manager DCC
Angela Wilson, Unknown
Medical Doctor(s), And Nurse(s)
Staff,

Civ. Action No. 05-142-GMS

RECEIVED
OCT - 2 2007
BN
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Response To Memorandum

Motion for Appointment of Counsel

Reason(s) for Appointment of Counsel, Is Due to the Violation(s) under the Eighth Amendment of My Civil Rights violation(s) that the prison official is deliberately indifferent to My Health And Safety And when this ACT or Omission RESULTS in the Denial of Minimal Civilized Measure of Life's Necessities, Therefore a prison official is held Liable under the Eighth Amendment for Denying Humane Condition(s) of Confinement if He Knows that Inmate(s) Face A Substantial Risk of Serious HARM And Disregard(s) that Risk By failing to take Reasonable Measures to Abate it.

Paul Smith 142003
Sept. 27th 2007
W-Building I-24
TOP BUNK

(1) ONE PAGE

Certification of Service

I Paul J. Smith Here By Sworn to the Truth that this is A True Copy of Said Motion of Response to Memorandum for Appointment of Counsel

As of this

Date Sept. 27th 2007

Paul Smith 142003

Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977