Civ. Action No. 05-142-GMS

IN The UNITED States District Court
for The District of Delaware

Dear Clerk of Court: De Peter Daleo

WouLd like To Receive Docket To
Civ. Action No. 05-142-GMS,
                                AND A
Case Management Scheduling for preTrial
Conferences Scheduling.

Expediting Disposition,
                    Thank You,

                         Paul Smith 142003
                         10-10-2007
                         W-Building

RECEIVED
OCT 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE