In the United States District Court
for the District of Delaware

Paul J. Smith
        Plaintiff,
v.                                    C.A. No. 05-142 GMS
Regional Medical First
Correctional, et Al.,                 Jury of Twelve Demanded
        Defendants
                                      Date 10-23-2007

Plaintiff's, Motion To Amend Complaint

Complaint filed pursuant to 42:1983 Regional Medical First Correctional,

I Ask Regional Medical Be terminated as a Defendant, And Make a Correction to Name Defendant (FMS)

First Correctional Medical, L.L.C. As of Today's Date October 23 2007

Paul Smith 148005
D-West Cell #34 C-Tier
10-23-2007

FILED
OCT 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

I/M PAUL T SMITH
SBI# 140003 UNIT 'D-BES
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District
Court 844 King Street Lockbox 18
Wilmington Delaware
19801-3570

Legal Mail

U.S.A.
X-RAY