Office of the Clerk
United States District Court
District of Delaware

Dear Peter T. Dalleo

Re: To your letter dated 11-17-07 Advising of an address change, and status of case(s).

I Paul J Smith 142003, am sending a money order of $6.00 for copy work.

CC: The Honorable Gregory M. Sleet,
CA 05-139 GMS, CA 05-142 GMS,
CA 06-431 GMS, CA 06-432 GMS,
CA 07-477 GMS,

Thank you for your time and services

Sincerely
[signature]
12-02-2007

1 Address change
2 Copy work Done Account #149927 12pg copywork

1416 Cowmarsh Rd,
Camden, DE 19934
302 492-3623

2007 DEC 14 PM 3:51
FILED U.S. DISTRICT COURT
CLERK DISTRICT OF DELAWARE