Office of the Clerk
United States District Court
District of Delaware

01-11-2008

| Peter T. Dalleo, | Related Cases |
| | 1:05-CV-00139-GMS |
| Paul J. Smith, Plaintiff | 1:05-CV-00142-GMS |
| | 1:06-CV-00431-GMS |
| V. | 1:06-CV-00432-GMS |
| Regional Medical First Correctional | 1:07-CV-00476-GMS |
| Et., Al.  Defendants | 1:07-CV-00477-GMS |

Motion for An Appointment of Counsel

Honorable Gregory M. Sleet,

I Paul J Smith would like to have Representation in Constitutional Amendments to my Civil Case's now Pending Before this Court. I AM AT A Disability State of Not Being fully Capable of Performing All Functions. However Your Honor, I Need in Civil Action to Protect my Private Civil Right.

Sincerely
Paul Smith 1-11-08
1416 Cowmarsh Creek Rd.
Camden, Delaware 19934
(302) 492-3623

FILED
JAN 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE