IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL J. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-142-GMS |
| | ) |
| REGIONAL MEDICAL FIRST | ) |
| CORRECTIONAL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 15th day of Nov., 2008, the complaint in the above-captioned case having been filed on March 10, 2005;

IT IS ORDERED that, on or before May 3, 2008, the plaintiff shall show cause why defendants Angela Wilson, Unknown Medical Doctors, and Nurse's Staff should not be dismissed for failure to serve process within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

_____
CHIEF, UNITED STATES DISTRICT JUDGE

APR 15 2008