IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL J. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-142-GMS |
| | ) |
| REGIONAL MEDICAL FIRST | ) |
| CORRECTIONAL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 27th day of May, 2008, the complaint in the above-captioned case having been filed on March 10, 2005, and the plaintiff having failed to show cause why defendants Angela Wilson, Unknown Medical Doctors, and Nurse's Staff should not be dismissed for failure to serve process as ordered by the court (D.I. 34);

IT IS ORDERED that defendants Angela Wilson, Unknown Medical Doctors, and Nurse's Staff are DISMISSED WITHOUT PREJUDICE for failure to serve process within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m).

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

MAY 28 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE